IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50956
Summary Calendar
_____


KENNETH STENHOLM,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL,
Commissioner of Social Security,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CV-369
- - - - - - - - - -
July 14, 1998
Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:*

     Kenneth Stenholm appeals from the district court's judgment

affirming the denial of his application for disability insurance

benefits and supplemental security income.  He argues that

substantial evidence did not exist to support the finding that he

was not disabled.  We have reviewed the record and find no

reversible error.  Accordingly, the judgment is AFFIRMED.

     AFFIRMED.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.